FILED: March 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4650
(8:21-cr-00460-TDC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SAMUEL SULLIVAN, JR.

      Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and joint appendix absent a showing of extraordinary circumstances.

    Joint appendix due: 05/01/2024

    Opening brief due: 05/01/2024

    Response brief due: 05/22/2024

    Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk