23-4650
4-28-24

Dear Clerk Nwamaka Anowi,    RHS/JC
Please attention this letter to Michael F. Smith:

    I, Samuel Sullivan am respectfully requesting for you to not do any filing in my behalf to have me back into an 17 to 35 years guidelines in the 4th Circuit District Court of Maryland for resentencing due to Court errors. You and I Last talked breifly about this matter on 4-26-24 on the phone.

    Since then I thought long and hard about the serious risk it would be giving the federal Prosecutor another chance to get me sentence to 35 years. That would be an death sentence to me because I will be 50 years of age this November 10. Although you made it very clear to me that you cant find any issues to raise in my case for the 4th Circuit Court of appeals to grant me relief.

    I believe that an Attorney with the capabilities and expertise like yourself can Create a way out of no way! You also mention handing me over to the public defenders office. In all due respect Sir, I already entered a motion to the 4th Circuit District Court of Maryland myself exsplaining that due to confidentuality I dont want another public Defender from the two Maryland office's because I had one already from both office's.

I need more time to think about my options and also research case's of defendants who chose this route of being resentce in the District Courts due to sentencing errors. This is my life on the line here and it wouldn't be smart for me to make a split decision like this just in minutes. I myself entered notice to the 4th Circuit Court of appeals making my appearance within the 14 day window.

Now that I'm in the higher ranked 4th Circuit Court of appeals, I will like to take my chance's for recieving relief through the Court of appeals. I have an 6 Amendment right to recieve effective assistance of counsel as well. If you feel as though that you cannot provide that type of representation for me in the 4th Circuit Court of appeals I respectfully ask of you to withdraw from being my attorney.

However, If you would like to provide me with effective assistance of counsel in the higher ranked 4th Circuit Court of appeals by finding some way out of no way, I would be honored to continue on being your client. Please contact me immediately to avoid conflict of interest

Thank you
Samuel Sullm

Samuel Sullivan 30565-007
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV 250
29 APR 2024 PM 2 L

Attention to: Clerk, Nwamaka Anowi
Clerk's Office
U.S. Court of Appeals
   For The Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, Virginia 23219

RECEIVED
U.S. MARSHALS

23219-353826