5-13-24

Dear Richard H. Sewell, Deputy Clerk

In all due respect, I had to make an paper trail because attorney Michael F. Smith was not only disregarding my request of me not wanting him to do any type of filings to have my appearance back in the 4th Circuit District Court of Maryland but he was being very controlling and reckless with handling my Direct appeal. He stated that if I did not allow him to enter my appearance back in Greenbelt Maryland District Court that he would withdraw my Direct appeal without my permission. This is a conflict of interest and violates my 6 Amendment rights. I'm discharging Michael F. Smith from being my attorney. You are fired Michael F. Smith and I'm writing Maryland State Bar Association Inc to inform them of his misconduct with my direct appeal. I have lost complete trust in Michael F. Smith and my trust in him cannot and will not be restored.

RECEIVED
2024 MAY 17 P 2:12
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Samuel Sullivan 30565-007
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

CHARLESTON WV 250
14 MAY 2024 PM 2 L

Attention to: Richard H. Sewell, Deputy Clerk
Clerk's office
U.S. court of Appeals
For the Fourth circuit
1100 E. Main street, Suite 501
Richmond, Virginia 23219

23219-353826

USCA4 Appeal: 23-4650    Doc: 28    Filed: 05