FILED: July 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4650
(8:21-cr-00460-TDC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

SAMUEL SULLIVAN, JR.

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion and suspends briefing pending resolution of the motion to withdraw counsel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk