# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-4650 |
| | Dist. Ct. No. 21-cr-460 |
| *Plaintiff-Appellee,* | District of Maryland |
| v. | |
| SAMUEL SULLIVAN, JR., | |
| *Defendant-Appellant.* | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2024 I served a copy of 1) Motion to Toll Appellant's Reply Deadline Pending Resolution of Motion to Withdraw and Appointment of Successor Counsel (ECF 36); 2) the Court's Order granting the motion (ECF 37) and 3) this Certificate of Service, upon Samuel Sullivan Jr. # 30565-007, FCI GILMER, 201 FCI Lane, Glenville, WV 26351, by delivering them to the U.S. Postal Service at Sykesville, Maryland with sufficient first-class postage.

    Via the same address and means, on July 25, 2024 I served Mr. Sullivan a copy of 1) the Appearance of Brandon K. Moore (ECF 34) and 2) Response Brief of Appellee United States of America (ECF 35).

                                                   /s/ Michael F. Smith
                                                      Michael F. Smith

Dated: July 29, 2024